**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAVIS SHANLEY, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRACY LOGISTICS LLC; STOCKTON LOGISTICS LLC; FRESNO LOGISTICS LLC; SACRAMENTO LOGISTICS LLC; C&S WHOLESALE GROCERS, LLC F/K/A C&S WHOLESALE GROCERS, INC.; C&S LOGISTICS OF SACRAMENTO/TRACY LLC; C&S LOGISTICS OF FRESNO LLC; and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-01011-MCE-JDP<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

# ORDER

Having reviewed and considered the Parties' Stipulation to Extend Time to Respond to First Amended Complaint (the "Stipulation"), and good cause appearing for the relief requested therein, the Stipulation shall be and hereby is GRANTED as follows, using the same defined terms as defined and used in the Stipulation:

1. The C&S Defendants' time within which to answer or otherwise serve and file any motions, pleadings, or other filings responsive to Plaintiff's FAC shall be and hereby is extended to 30 days after entry of the Court's Order ruling on the grounds asserted for and in opposition to the pending Motion to Compel; and

2. By entering into this Stipulation, the Parties do not waive and expressly reserve all claims, defenses, and challenges in this action, including, without limitation, as to arbitration of Plaintiff's claims against Defendants and to Plaintiff's FAC and/or the claims asserted therein.

IT IS SO ORDERED.

Dated: August 5, 2024

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE